AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

WILLIAM IRA HOWSE, III,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:20-cv-57

WARDEN BROOKS BRENTEN, et al.,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated December 5, 2022, the Magistrate Judge's Report and Recommendation is adopted. Therefore, this case is consolidated with 4:20-cv-56. This case stands closed.

Approved by: _____

December 12, 2022
Date

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020